*E-Filed: December 30, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, for the use of CAPITOL BUILDERS HARDWARE, INC. dba CAPITOL DOOR SERVICE,<br><br>　　　　Use Plaintiff,<br>　　v.<br><br>SABER CONSTRUCTION, INC. and AMERICAN SAFETY CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendants.<br>_____/ | No. C14-02785 HRL<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**[Re: Docket No. 41]** |

The parties have filed a Stipulation of Voluntary Dismissal. Dkt. No. 41. Accordingly, this action is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 29, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02785 HRL** N**otice will be electronically mailed to:**

Christian J. Gascou    cgascou@gascouhopkins.com

William Louis Baker    bill@wlbakerlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**