E-Filed 1/19/16

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL BUILDERS HARDWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SAFETY CASUALTY INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 14-cv-02785-HRL <br><br> **ORDER DIRECTING CROSS-COMPLAINANT TO FILE MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 48 |

The plaintiff in this case sued two corporations. Both defendants were served, but only American Safety Casualty Insurance Company ("ASCIC") appeared to defend itself. ASCIC filed cross-claims against the absent defendant and against two individual cross-defendants. The plaintiff voluntarily dismissed its claims and the court closed this case, Dkt. No. 42, but the court re-opened this case for the limited purpose of permitting ASCIC to seek default judgments against the cross-defendants. Dkt. Nos. 45, 46. The Clerk of Court entered defaults against the cross-defendants several months ago, Dkt. No. 48, but ASCIC has not yet moved for default judgment.

ASCIC shall move for default judgment on the cross-claims, if at all, no later than March 22, 2016.

**IT IS SO ORDERED.**

Dated: 1/19/16

_____
HOWARD R. LLOYD
United States Magistrate Judge